```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DAVIS SQUARE FUNDING I, LTD.          :
et al.,                               :
                                      :         09 Civ. 2062 (VM)
                    Plaintiffs,       :
                                      :
    - against -                       :         NOTICE OF CONFERENCE
                                      :
AIG FINANCIAL PRODUCTS CORP.,         :
                                      :
                    Defendant.        :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

All parties are advised that the conference in this matter that was originally scheduled for May 11, 2009 at 2:00 p.m. has been rescheduled for May 22, 2009, at 10:45 a.m. Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         1 May 2009

                                              Victor Marrero
                                                 U.S.D.J.